UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN BABAYAN,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>COUNTY OF LOS ANGELES; A POLITICAL SUBDIVISION OF THE STATE OF CALIFORNIA; SHERIFF LEE BACA, in his Official Capacity as Sheriff of the County of Los Angeles; The Los Angeles County Sheriff's Department; DEPUTY JOE HERNANDEZ #449768; DEPUTY NANCY ESCOBEDO #448065; DEPUTY RYAN MALONE 452999; DEPUTY DIAZ #441473; DEPUTY BENITEZ #266603; DEPUTY JOHN PADILLA #460883; SGT. TAMBOL #403824; SGT. DAVE VEGA #004192 AND DOES 1 through 10, Inclusive,<br><br>　　　　　　　Defendants. | Case No.: CV-10-4514-JFW (AJWx)<br><br>**JUDGMENT ON THE SPECIAL VERDICT FOR DEFENDANTS** |

　　PLEASE TAKE NOTICE that this action having been tried before the Court sitting with a jury, the Honorable John F. Walter, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict;

　　IT IS ORDERED AND ADJUDGED that the plaintiff, TIGRAN BABAYAN, take nothing, the action be dismissed on the merits, and the defendants, DEPUTY J. HERNANDEZ and DEPUTY N. ESCOBEDO recover costs from the plaintiff.

Date: October 4, 2011

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

-1-